DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN S. LANE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-213

[June 16, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Ian Rothschild, Judge; L.T. Case No. 2003-020948-CF-10A.

John S. Lane, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***